# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TIFFANY M. BROOKS,

      Petitioner,

v.                                  Case No. 4:14cv428-RH/CAS

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is denied." The clerk must close the file.

SO ORDERED on February 9, 2017.

                                      s/Robert L. Hinkle
                                      United States District Judge